# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**KAYLEIGH E. WARD**                                                    **PLAINTIFF**

**v.**                          **CIVIL ACTION NO. 1:21-cv-98-TBM-RPM**

**MEITEC, INC.**                                               **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case. The Court being advised that both parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket,

IT IS ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs. This Court will retain jurisdiction to enforce the terms of the settlement.

SO ORDERED AND ADJUDGED this the 18th day of January, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE